**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2090**

JASON OMAR HENRY,

       Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  June 29, 2021                          Decided:  July 19, 2021

Before KEENAN and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jason Omar Henry, Petitioner Pro Se.  Carmel A. Morgan, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Omar Henry, a native and citizen of Jamaica, petitions for review of an order of the Board of Immigration Appeals adopting, without separate opinion, the immigration judge's decision denying Henry's application for deferral of removal under the Convention Against Torture (CAT). We deny the petition for review.

We have reviewed the record, including the transcript of Henry's merits hearing and all supporting evidence, and considered the arguments pressed on appeal in conjunction with the record and the relevant authorities. We conclude that the record evidence does not compel a ruling contrary to any of the immigration judge's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B); substantial evidence supports the relevant factual findings, *see Nasrallah v. Barr*, 140 S. Ct. 1683, 1692 (2020); and the agency committed no legal error in its adjudication of Henry's claim for deferral of removal, *see Rodriguez-Arias v. Whitaker*, 915 F.3d 968, 972 (4th Cir. 2019). Accordingly, we uphold the denial of protection under the CAT. *In re Henry* (B.I.A. Oct. 2, 2020).

We therefore deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2